**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHEW J. SKINNER,

          Petitioner,

    v.

UNITED STATES OF AMERICA,

          Respondent.

No.    CV 25-11969 PA

JUDGMENT

Pursuant to the Court's March 25, 2026 Order denying the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") filed by petitioner Matthew J. Skinner,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is denied for failure to exhaust administrative remedies.

DATED: March 25, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE